IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:25-CV-

| | |
|---|---|
| **ASHLEY BOLTON, as Guardian ad Litem for K.B. a minor,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, DEMETRUS McDANIEL, Individually and in her Official Capacity; SANDERS FAIRLY, Individually and in his Official Capacity; CITY OF CHARLOTTE; OFFICER NICOLE COLEMAN, Individually and in her Official Capacity; JANE/JOHN DOE(S) Individually and as Agents of named Parties, in their Official Capacities.**<br><br>**Defendants.** | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**<br>**[Federal Question]** |

Defendants Charlotte Mecklenburg Board of Education, Demetrus McDaniel, Sanders Fairly, and Jane/John Doe, pursuant to 28 U.S.C. § 1441, hereby file their Notice of Removal of this action from the North Carolina General Court of Justice, Superior Court Division, Mecklenburg County, to the United States District Court for the Western District of North Carolina, Charlotte Division pursuant to 28 U.S.C. § 1441. In support of this removal, Defendants state the following:

1.      On February 19, 2026 Plaintiffs filed a Complaint in Mecklenburg County Superior Court of the entitled *Ashley Bolton, as Guardian ad Litem for K.B., a minor v. Charlotte-*

*Mecklenburg Board of Education, Demetrus McDaniel, Individually and in her Official Capacity; Sanders Fairly, Individually and in his Official Capacity; City of Charlotte; Officer Nicole Coleman, Individually and in her Official Capacity; Jane/Joh Doe(s) Individually and as Agents of named Parties, in their Official Capacities,* Case No. 26CV010249-590 (the "State Court Action")*. A copy of all process, pleadings and orders served upon Defendants to date in the State Court Action are attached as **Exhibit A**.

2. The first date upon which defendant(s) received a copy of said complaint was February 24, 2026, when Defendant Board was served with a copy of the complaint and a summons from the said state court.

3. Accordingly, this Notice of Removal has been filed within thirty days of service on Defendants of Plaintiff's Complaint.

4. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant ... to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This action includes claims under 42 U.S.C. § 1983 over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court in its entirety pursuant to 28 U.S.C. § 1441(c).

6. This Court has supplemental jurisdiction over Plaintiffs' state law causes of action pursuant to 28 U.S.C. § 1367.

7. Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief

can be granted, without admitting that Plaintiff has standing, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever.

8.     A copy of the Notice of Removal attached as **Exhibit B** will be filed with the Clerk of Court for Mecklenburg County, North Carolina, promptly after the notice is filed with this Court as required by 28 U.S.C. §1446(d).

9.     By copy of this Notice of Removal and in accordance with the attached Certificate of Service, Defendants are providing notice to Plaintiffs in this action and advising them of this filing pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, Charlotte-Mecklenburg Board of Education, Demetrus McDaniel, Sanders Fairly, and John/Jane Doe, respectfully pray that the above-captioned action now pending against it proceed in this Court as an action properly removed.

Respectfully submitted this the 26th day of March 2026.

/s/ Heather Bankert
Heather Bankert (N.C. Bar No. 40060)
**Charlotte-Mecklenburg Board of Education**
600 E. Fourth Street, Fifth Floor
Charlotte, NC 28202
Phone: 980-343-6228
Fax: 980-343-5739
heathers.bankert@cms.k12.nc.us
*Attorney for Defendants Board, McDaniel, Fairly, and Doe*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date the undersigned filed the foregoing **NOTICE OF REMOVAL OF ACTION** in the above-entitled action upon all parties to this cause by depositing a copy thereof in the United States mail, first class, postage prepaid and by electronic email, addressed as follows:

Mary Frances Parker, Esq.
The Parker Firm, PLLC
321 Anthony Circle
Charlotte, NC 28211
maryfrances@theparkerfirmlaw.com
*Attorney for Plaintiffs*

Faith R. Fox, Esq.
The Law Office of Faith Fox, PLLC
P.O. Box 30161
Charlotte, NC 28230
F.Fox@faithfoxlaw.com
*Attorney for Plaintiffs*

Lori Keeton
The Law Offices of Lori Keeton
6000 Fairview Road, Suite 1200
Charlote, NC 28210
lkeeton@lorikeetonlaw.com
*Attorney for Defendants City of Charlotte and Officer Nicole Coleman*

This the 26th day of March 2026.

/s/ Heather Bankert
Heather Bankert (N.C. Bar No. 40060)
**Charlotte-Mecklenburg Board of Education**
600 E. Fourth Street, Fifth Floor
Charlotte, NC 28202
Phone: 980-343-6228
Fax: 980-343-5739
heathers.bankert@cms.k12.nc.us
***Attorney for Defendants Board, McDaniel, Fairly, and Doe***