## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO. 3:26-CV-00245

| | |
|---|---|
| **ASHLEY BOLTON, as Guardian ad Litem for K.B. a minor,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, DEMETRUS McDANIEL, Individually and in her Official Capacity; SANDERS FAIRLY, Individually and in his Official Capacity; CITY OF CHARLOTTE; OFFICER NICOLE COLEMAN, Individually and in her Official Capacity; JANE/JOHN DOE(S) Individually and as Agents of named Parties, in their Official Capacities.**<br><br>**Defendants.** | **CERTIFICATE OF SETTLEMENT CONFERENCE** |

The parties to this action hereby certify that they have met in person and/or by telephone and discussed in good faith if this matter can be resolved without the need for further proceedings in this Court. The results of those settlement negotiations are:

☐ The parties have agreed to resolve this case by a voluntary settlement. A notice of dismissal of the action will be filed within 14 days.

☐ The parties have not yet reached a settlement but believe they may be able to do so through a Mediation or the assistance of the Court. The Mediator selected by the parties is _. The parties request a stay of this action for up to 14 days to conduct the Mediation and/or engage in additional settlement discussions. [Applicable only for the Initial Settlement Conference].

X The parties have not yet been able to resolve this case through a voluntary settlement.

_____
Signature of Plaintiffs' Counsel
Faith Fox

_____
Signature of Plaintiffs' Counsel
Mary Frances Parker

_____
Signature of Plaintiff
Ashley Bolton

_____
Signature of Defendants' Counsel
Heather Bankert
*Counsel for Defendants Board, McDaniel,
Fairly and Does*

_____
Signature of Defendants' Counsel
Lori Keeton
*Counsel for Defendants City of Charlotte
and Officer Coleman*